FILED
2012 JUN 29  AM 10:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MARIBEL VILLAR, et al.,<br><br>Defendants. | Case No. EDCV 12-966-UA (DUTYx)<br><br>ORDER RE: SUMMARY REMAND DUE TO IMPROPER REMOVAL |

On June 13, 2012, Maribel Villar, et al., ("Defendants") lodged a Notice Of Removal, a Complaint for unlawful detainer and damages, and an application to proceed *in forma pauperis*. Plaintiff has been sued in a straight-forward unlawful detainer action in the Riverside County Superior Court, Moreno Valley Branch. The Court has denied the aforementioned application under separate cover because this action was not properly removed. As a result, the Court issues this Order to remand the action to state court.

Plaintiff could not have brought this action in federal court based on federal question jurisdiction because the underlying matter is a straight-forward unlawful detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming Defendants intended to claim diversity jurisdiction as a basis for removal, the Court notes Plaintiff in the

1 unlawful detainer action seeks damages which do not exceed the $75,000 threshold,
2 excluding interest and costs. 28 U.S.C. §§ 1332(a), 1441(b).
3       Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
4 Superior Court of California, Riverside County, Moreno Valley Branch, 13800 Heacock
5 Avenue, Suite D201, Moreno Valley, California 92553, for lack of subject matter
6 jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of
7 this Order to the state court; and (3) that the Clerk serve copies of this Order on the
8 parties.

**IT IS SO ORDERED.**

DATED: _____Jun 21_____, 2012

                                              HONORABLE AUDREY B. COLLINS
                                              Chief United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge